Fill in this information to identify the case:

Debtor 1: Rasheeda Muhammad Hicks

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number: 15-34443

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, as Trustee of the Bungalow Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8 6 1 2

**Property address:**
8818 Sailing Dr.
Number    Street

_____

Humble, TX 77346
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___ MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 1,725.09

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ 1,725.09

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 09/01/2020 MM/DD/YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1  __Rasheeda Muhammad Hicks__
         First Name    Middle Name    Last Name

Case number *(if known)* __15-34443__

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Chase Berger
   Signature

Date  10 / 23 / 2020

Print   __Chase Berger__
        First Name    Middle Name    Last Name

Title  __Authorized Agent for Secured Creditor__

Company  __Ghidotti Berger, LLP__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  __600 E. John Carpenter Fwy., Suite 175__
         Number           Street

         __Irving, TX 75062__
         City                    State    ZIP Code

Contact phone  (__972__) __893__ – __3096__

Email  __bknotifications@ghidottiberger.com__

**CERTIFICATE OF SERVICE**

On October 23, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Eloise A Guzman  eloiseguzman@gmail.com

TRUSTEE
William E. Heitkamp  heitkamp@ch13hou.com

US TRUSTEE
US Trustee  USTPRegion07.HU.ECF@USDOJ.GOV

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On October 23, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor<br>Rasheeda Muhammad Hicks<br>8818 Sailing Dr.<br>Humble, TX 77346 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll